963 F.2d 367
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Edward Wayne GIBSON, Petitioner-Appellant,
v.
Christopher WEBB, Superintendent, Defendant-Appellee.
 No. 92-6263.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: May 4, 1992
Decided: May 22, 1992
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CA-91-150-R)
 Edward Wayne Gibson, Appellant Pro Se.
 Thomas Drummond Bagwell, Assistant Attorney General, Richmond, Virginia, for Appellee.
 E.D.Va.
 DISMISSED.
 Before HALL, WILKINS, and WILLIAMS, Circuit Judges.
 OPINION
 PER CURIAM:
 
 
 1
 Edward Wayne Gibson seeks to appeal the district court's order refusing habeas corpus relief pursuant to 28 U.S.C.s 2254 (1988). Our review of the record and the district court's opinion accepting the recommendation of the magistrate judge discloses that this appeal is without merit. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Gibson v. Webb, No. CA-91-150-R (E.D. Va. Sept. 9, 1991 and Feb. 26, 1992). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 DISMISSED